AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ROBERT EDISON SMITH | ) | Case No. 15-6209-LSS |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 15 - April 28, 2015__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Knowing distribution of any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, if (A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (B) such visual depiction is of such conduct. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel B. Hittner, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/12/15

_____
*Judge's signature*

City and state:  Ft. Lauderdale, Florida          Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel B. Hittner, being duly sworn, depose and state as follows:

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251 and 2252, et seq.

2. I have been employed by the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) since March 2008. Before that, I was a Police Officer with the New York City Police Department (NYPD) for approximately three years, and a U.S. Customs and Border Protection (CBP) Officer for approximately eighteen months. I have received training from the Federal Law Enforcement Training Center in Glynco, Georgia. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including but not limited to the production, possession and distribution of child pornography. I am also responsible for enforcing federal criminal statutes involving immigration and customs-related violations. I received training on the proper investigative techniques for these violations, including the application and execution of search and arrest warrants.

3. I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein. I have personally participated in the investigation, and because of my personal participation in this investigation and reports made to me by members of the participating law enforcement agencies, I am familiar with the facts and circumstances of this investigation. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the area of child pornography and child exploitation. I have observed and reviewed examples of

1

child pornography. I also have assisted in several child pornography and child exploitation investigations, which have involved reviewing examples in all forms of media, including computer media, and have discussed and reviewed these materials with other law enforcement officers.

4. This affidavit is submitted in support of a Criminal Complaint charging ROBERT EDISON SMITH, hereinafter referred to as SMITH, with knowingly distributing any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (B) such visual depiction is of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

5. The statements contained in this affidavit are based upon my investigation, information provided by other sworn law enforcement officers and other personnel specially trained in the seizure and analysis of computers and electronic media, and on my experience and training as a Special Agent with HSI. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation

## SUMMARY OF INVESTIGATION

6. In April 2015, law enforcement, using investigative software, identified a user on the ARES P2P file-sharing network whose shared folder contained suspected images of child pornography available for distribution on the network. Law enforcement was able to identify the IP Address associated with that user as 63.139.61.179 (hereinafter the "Target IP Address").

7. Between the dates of April 15, 2015, and April 28, 2015, law enforcement officers, utilizing P2P software on an undercover computer, successfully established an Internet connection

2

with a computer assigned to the Target IP Address. Once establishing that connection, law enforcement downloaded thirty-two media files. These thirty-two files contain videos that had been made available for sharing from that computer.

8. Thereafter, law enforcement reviewed the contents of the thirty-two downloaded files and observed that all of the files contained suspected child pornography. Descriptions of five of the downloaded video files are as follows:

   a. "_ARESTRA_11 yr mossi": This video file is approximately thirteen minutes in length and depicts a female child, who appears to be under the age of twelve, engaging in vaginal intercourse with an adult male.

   b. "_ARESTRA_!new!(pthc)tara8yr-tara gets molested by a clown(2).wmv": This video file is approximately thirteen minutes in length and depicts a female child, who appears to be under the age of twelve, engaging in vaginal intercourse with an adult male.

   c. "_ARESTRA_(pthc) tara brand new.wmv": This video file is approximately eighteen minutes in length and depicts a female child, who appears to be under the age of twelve, engaging in vaginal intercourse with an adult male. The video begins with the words "Tara 8yo Anal Collection".

   d. "_ARESTRA_(pthc)jenny- little slut – pthc – compilation jan 2008160": This video file is approximately twenty minutes in length and is a compilation of multiple images and short video segments portraying a female child, who appears to be under the age of twelve, performing oral sex on an adult male and what appears to be a dog. During certain segments of the video, the child is tied to a table and restrained by straps while a dog licks her anus.

   e. "_ARESTRA_hot spermed little girls compilation 2313(2)": This video file is approximately thirteen minutes in length and is a compilation of short videos portraying adult males ejaculating on the faces of female children, all of whom appear to be under the age of twelve.

9. On April 21, 2015, results from a subpoena sent to the Internet Service Provider (ISP) Windstream Corporation for subscriber information relating to the user of the Target IP Address on the date and time of the downloaded images and videos indicated that the account was registered to a business called "Extended Stay America" located at 7550 W. State Road 84, Davie, FL 33317. The account was established on April 7, 2014, and was listed as active.

10. On April 24, 2015, results from a subpoena served on Extended Stay America indicated that of all of the guests who registered at the hotel on April 14, 2015 (the date the

3

suspected account activity began), only two remained. These two guests were listed as ROBERT SMITH in Room 353, and a person bearing the initials B.T. in Room 207. The reservations for SMITH and B.T. were made by a company known as "W & K Industrial Services Corp." and listed the periods of stay from April 14, 2015 to May 25, 2015. Information received from hotel management indicated that each hotel guest has access to the wireless internet account through the use of a unique password given to them upon check-in.

11. During the initial peer to peer investigation, an examination of the suspect ARES account revealed the screen name "voltdevil@Ares." A Google search of the term "voltdevil" returned results linked to a profile on the social media network MySpace. A review of this MySpace profile listed the user as "Robert Smith," and contained numerous photographs available for public viewing. A subsequent search of the social media network Facebook revealed a profile with the name "Robert Smith" containing many of the same publicly available photographs as the MySpace account. Additionally, the Facebook profile for Robert Smith listed his current occupation as an On-Site Manager for WK Industrial Services and his current location as Sugar Grove, VA.

12. On April 30, 2015, results from a subpoena served on W & K Industrial Services Corporation listed the following employment and biographical data for ROBERT SMITH; Robert Edison Smith, date of birth XX-XX-1981 (age 33), social security number XXX-XX-2458, home address 2676 Cedar Springs Rd, Sugar Grove, VA 24375, email address rsmith@wkamerica.net, phone number 276-274-3854. A query of the National Crime Information Center (NCIC) indicated that SMITH has no criminal history. SMITH is a United States Citizen.

13. Surveillance of the Extended Stay America, specifically Room 353, was conducted on various dates and times in order to obtain a description and layout of the hotel and surrounding area. During the surveillance, a white male fitting the description of the photographs viewed on

4

SMITH's Facebook and MySpace profiles was seen exiting a yellow Ford van bearing Georgia license plate CCW4275 and entering room number 353. A law enforcement database query indicated that this van is registered to WK Industrial Services Corp, 9365 Industrial Trace, Alpharetta, GA 30004-3383.

14. On May 6, 2015, law enforcement officers applied for, and were granted, a federal search warrant for Room 353 of the Extended Stay America Hotel at 7550 W. State Road 84, Davie, Florida.

15. On May 12, 2015, law enforcement officers executed the search warrant. During the search, one (1) ASUS laptop computer bearing serial number C4N0AS52966016E was located on a desk in the room occupied solely by SMITH. An on-site forensic preview of this laptop computer revealed over seventy (70) video files bearing file names consistent with child pornography. A preview of twenty-five (25) of these video files depicted sexually explicit images of children appearing to be under the age of twelve. The following is a description of five of these files:

a. "**(pthc)jenny - little slut - pthc - compilation jan 2008160.mpeg**": This video file is approximately twenty minutes in length and is a compilation of multiple images and short video segments portraying a female child, who appears to be under the age of twelve, performing oral sex on an adult male and what appears to be a dog. Portions of the video show the child restrained to a table with straps while a dog licks her anus.

b. **11 yr mossi.mpg**: This video file is approximately thirteen minutes in length and depicts a female child, who appears to be under the age of twelve, engaging in vaginal intercourse with an adult male.

c. **(pthc) tara brand new.wmv**: This video file is approximately eighteen minutes in length and depicts a female child, who appears to be under the age of twelve, engaging in vaginal intercourse with an adult male. The video begins with the words "Tara 8yo Anal Collection".

d. **! new ! (pthc) tara 8yr - tara gets molested by a clown(2).wmv**: This video file is approximately thirteen minutes in length and depicts a female child, who appears to be under the age of twelve, engaging in vaginal intercourse with an adult male.

e. **(pthc) - kylie freeman (vicky) - vicky 11 yr old and daddy.avi**: This video file is approximately fifteen minutes in length and depicts a female child, who appears to be under the age

5

of twelve, performing oral sex on an adult male. At the end of the video the adult male ejaculates on the child's face.

16. During a post-Miranda interview, SMITH stated that he has been searching for and downloading child pornography using the ARES peer to peer program for approximately five years. SMITH stated that he searches for child pornography using the search terms "PTHC" and "Vicky". "PTHC" is known by your affiant to stand for "Pre-Teen Hard Core" and "Vicky" is known by your affiant to be the name of an identified victim who appears in numerous child pornography videos known as the "Vicky" series. SMITH stated that he has over fifty child pornography videos located on his ASUS laptop computer, which is password protected and used solely by him.

17. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that ROBERT EDISON SMITH did knowingly distribute any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, and the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and (B) such visual depiction is of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Daniel B. Hittner, Special Agent
Homeland Security Investigations

Sworn to and subscribed before me this 12 day of May, 2015.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

6