AT

May 21, 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60109-CR-ZLOCH/HUNT

18 U.S.C. § 2252(a)(4)(B)

UNITED STATES OF AMERICA

v.

ROBERT EDISON SMITH,

    **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

On or about May 12, 2015, in Broward County, in the Southern District of Florida, the defendant,

**ROBERT EDISON SMITH,**

did knowingly possess matter, that is, one (1) ASUS laptop computer, bearing serial number C4N0AS52966016E, that contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that this violation involved a visual depiction of a prepubescent minor or a minor who had not attained twelve (12) years of age.

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ROBERT EDISON SMITH**, has an interest pursuant to the provisions of Title 18, United States Code, Section 2253 and the procedures set forth at Title 21, United States Code, Section 853.

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant, **ROBERT EDISON SMITH**, shall forfeit to the United States: (a) any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received, pursuant to Title 18, United States Code, Section 2253(a)(1); (b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violation, pursuant to Title 18, United States Code, Section 2253(a)(2); and (c) any property, real or personal, which the defendant used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253(a)(3). The property includes, but is not limited, to one (1) ASUS laptop computer, bearing serial number C4N0AS52966016E.

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
COREY STEINBERG
ASSISTANT U.S. ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO. _____

vs.
                                    **CERTIFICATE OF TRIAL ATTORNEY***
**ROBERT EDISON SMITH,**
                    Defendant. /    **Superseding Case Information:**

**Court Division:** (Select One)    New Defendant(s)         ____
                                    Number of New Defendants ____
    Miami ____  Key West ____       Total number of counts   ____
    FTL   X     WPB ____   FTP ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect    _____

4. This case will take   3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days         X          Petty      ____
   II   6 to 10 days        ____       Minor      ____
   III  11 to 20 days       ____       Misdem.    ____
   IV   21 to 60 days       ____       Felony      X
   V    61 days and over    ____

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:  Magistrate Case No.                 15-mj-06209-LSS
   Related Miscellaneous numbers:               _____
   Defendant(s) in federal custody as of        May 12, 2015
   Defendant(s) in state custody as of          _____
   Rule 20 from the District of                 _____

   Is this a potential death penalty case? (Yes or No)    ____ Yes    X   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes    No   X

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes    No   X

                                    _____
                                    COREY STEINBERG
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No. Court 0563234

*Penalty Sheet(s) attached                                  REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: ROBERT EDISON SMITH**

**Case No:** _____

**Count 1:**

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B)

\*Max. Penalty:    Twenty (20) years' imprisonment; $250,000 fine; Up to a life term of supervised release with a minimum term of 5 years.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable**