UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60109-CR-ZLOCH

UNITED STATES OF AMERICA

v.

ROBERT EDISON SMITH,

        **Defendant.**
_____/

## STIPULATED FACTUAL BASIS

Robert Edison Smith (hereinafter referred to as "the defendant") individually and by and through his counsel, Robert Berube, and the United States, by and through the undersigned Assistant United States, agree and stipulate that the government would produce evidence of the facts recited below which are a fair and accurate summary of the events and the defendant's involvement in the conduct charged in the underlying Information and the charge to which the defendant is pleading guilty.

    1.    In April 2015, law enforcement, using investigative software, identified a user on the ARES Peer to Peer (P2P) file-sharing network whose shared folder contained suspected images of child pornography available for distribution on the network. Law enforcement was able to identify the IP Address associated with that user as 63.139.61.179 (hereinafter the "Target IP Address").

    2.    Between the dates of April 15, 2015, and April 28, 2015, law enforcement officers, utilizing P2P software on an undercover computer, successfully established an Internet connection with a computer assigned to the Target IP Address. Once establishing that connection, law enforcement downloaded thirty-two media files. These thirty-two files contain videos that had

1

been made available for sharing from that computer. Law enforcement reviewed the contents of the thirty-two downloaded files and observed that all of the files contained videos that depicted minors engaged in sexually explicit activity.

3. On April 21, 2015, results from a subpoena sent to the Internet Service Provider (ISP) Windstream Corporation for subscriber information relating to the user of the Target IP Address on the date and time of the downloaded images and videos indicated that the account was registered to a business called "Extended Stay America" located at 7550 W. State Road 84, Davie, FL 33317. The account was established on April 7, 2014, and was listed as active.

4. On April 24, 2015, results from a subpoena served on Extended Stay America indicated that of all of the guests who registered at the hotel on April 14, 2015 (the date the suspected account activity began), only two remained. These two guests were listed as the defendant, Robert Smith, in Room 353, and a person bearing the initials B.T. in Room 207. Information received from hotel management indicated that each hotel guest has access to the wireless internet account through the use of a unique password given to them upon check-in. Using further investigative techniques, law enforcement was able to establish that the defendant was the individual who had made the child pornography videos available for download by law enforcement.

5. On May 12, 2015, law enforcement officers executed a federal search warrant at Room 353 of the Extended Stay America Hotel at 7550 W. State Road 84, Davie, Florida, located in Broward County in the Southern District of Florida. During the search, one (1) ASUS laptop computer bearing serial number C4N0AS52966016E was located on a desk in the room occupied solely by the defendant. An on-site forensic preview of this laptop computer revealed numerous video files bearing file names consistent with child pornography. A preview of twenty-five (25)

of these video files depicted sexually explicit images of children. From that examination, it was determined that the following was located on the defendant's computer:

- Sixty-eight (68) videos depicting child pornography;
- Videos depicting known children that have been identified by the National Center for Missing and Exploited Children (NCMEC);
- Videos depicting children under the age of 12 engaged in sexually explicit conduct with adults;
- Videos depicting children bound and restrained;
- A video depicting bestiality.
- Videos ranging in duration from one minute to one and a half hours.

6. During a post-Miranda interview, the defendant stated that he had been searching for and downloading child pornography using the ARES P2P program for approximately five years. The defendant advised law enforcement that his ASUS computer, which was password protected and used solely by him, contained numerous child pornography videos.

7. The child pornography that was recovered from Defendant's computer had been shipped or transported in interstate and foreign commerce, or was produced using materials that had been shipped or transported in interstate or foreign commerce.

8. The foregoing events occurred in Broward County in the Southern District of Florida and elsewhere.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 7/10/15

By: Corey Steinberg
Assistant United States Attorney

Date: July 10, 2015

By: Robert Berube
Attorney for Defendant

Date: July 10, 2015

By: Robert Edison Smith
Defendant

3