UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  15-60109-CR-ZLOCH/HUNT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT EDISON SMITH,

    Defendant.
    _____/

**DEFENDANT ROBERT SMITH'S MOTION FOR
SENTENCING VARIANCE, 18 U.S.C. § 3553**

The Defendant, Robert Edison Smith, through counsel, files this Motion for Sentencing Variance, 18 United States Code § 3553, states;

Prior to imposing sentence, the Court is required to consider a number of factors set forth in 18 United States Code § 3553.  One of those factors is the guideline calculation and related policy statements.  That calculus gives us a sentencing range of 97 to 121 months.  Defendant Smith suggests that the other factors listed in § 3553 would support a reasonable sentence below this sentencing range.  These factors are, in sum, the nature of the circumstances of the offense and the history and characteristics of the offender, and the need to impose a sentence that reflects the seriousness of the offense, promotes respect for the law, provides just punishment, adequate deterrence and protects the public.

Defendant Robert Smith's life has been accurately detailed in the Pre-Sentence Investigation Report as compiled by United States Probation Officer Culberson, therefore those facts will not be repeated at this time.

Undersigned counsel has contacted Assistant United States Attorney Steinberg regarding this Motion, it remains unresolved.

WHEREFORE; the Defendant, Robert Smith requests that the sentencing factors in Title 18 United States Code § 3553 be evaluated carefully and that an appropriate sentence be imposed.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:   s/ *Robert N. Berube*
       Supervisory Assistant
       Federal Public Defender
       Florida Bar No. 304247
       One East Broward Boulevard, Suite 1100
       Fort Lauderdale, Florida 33301
       Tel: 954-356-7436
       Fax: 954-356-7556
       E-Mail: Robert_Berube@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on  September 23, 2015 , I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ *Robert N. Berube*, SAFPD

## SERVICE LIST

UNITED STATES v. ROBERT EDISON SMITH

Case No.  15-60109-CR-ZLOCH/HUNT

United States District Court, Southern District of Florida

| | |
|---|---|
| Robert N. Berube<br><br>robert_berube@fd.org<br><br> Supervisory Assistant<br><br>Federal Public Defender<br><br>One East Broward Boulevard, Ste 1100<br><br>Fort Lauderdale, FL. 33301<br><br>Tel: 954-356-7436<br><br>Fax: 954-356-7556<br><br>Attorney for Defendant<br><br>Notice of Electronic Filing | Corey Steinberg<br><br>corey.steinberg@usdoj.gov<br><br>Assistant United States Attorney<br><br>500 East Broward Boulevard, 7th Floor<br><br>Fort Lauderdale, FL. 33301-3002<br><br>Tel: 954-356-7255<br><br>Fax: 954-356-7336<br><br>Attorney for the Government<br><br>Notice of Electronic Filing |
| | |